IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF<br>DARIN ALAN, INC, et al. | No C 03-5639 VRW<br><u>Related Case</u>:<br>C 04-5150 VRW |
| | ORDER |

_____/

The court granted respondent Kevin Finicum's ("Finicum") motion to dismiss petitioner Darin Alan, Inc's ("Alan") petition for limitation of liability on November 30, 2004. Doc #35 (the dismissal order). On December 29, 2004, Alan appealed the dismissal order to the United States Court of Appeals for the Ninth Circuit. Doc #36 (Not Appeal). In accordance with Ninth Circuit procedure, on January 31, 2005, Finicum orally asked the court to entertain a Rule 60(b) motion for relief from the dismissal order. See <u>Gould v Mutual Life Insurance Co of New York</u>, 790 F2d 769, 772 (9th Cir 1986) ("The proper procedure, once an appeal has been

taken, is to 'ask the district court whether it wishes to entertain the [Rule 60(b)] motion, or to grant it, and then move this court, if appropriate, for remand of the case.'") (quoting <u>Scott v Younger</u>, 739 F2d 1464, 1466 (9th Cir 1984)).

The court wishes to entertain Finicum's motion for Rule 60 relief from the dismissal order.

SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge